# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff<br><br>v.<br><br>MARK ZUCKERBERG, et al.,<br><br>    Defendants | Case No.: 3:25-cv-00351-MMD-CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff filed a request to proceed under a pseudonym, application to proceed *in forma pauperis*, and pro se complaint. (ECF Nos. 1, 1-1, 1-2.) On August 27, 2025, the court issued an order denying the motion to proceed under a pseudonym, denied the IFP application without prejudice and with instructions to complete a new IFP application for an inmate or pay the filing fee by September 16, 2025, and to file an amended complaint with the required identifying information by September 16, 2025. Plaintiff was cautioned that failure to comply with the order would result in a recommendation for dismissal of this action without prejudice. (ECF No. 3.)

Plaintiff filed an objection to the court's order on August 28, 2025. (ECF No. 4.)

On August 29, 2025, District Judge Du issued an order overruling Plaintiff's objection, and stated that the September 16, 2025, deadlines in the August 27, 2025, order remain in effect. (ECF No. 5.)

Plaintiff has not filed an amended complaint. Nor has he filed an IFP application for an inmate or paid the filing fee. As a result of Plaintiff's failure to comply with this court's orders, this action should be dismissed without prejudice

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: September 22, 2025

_____
Craig S. Denney
United States Magistrate Judge